**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

_____

AMTRUST CORPORATE MEMBER LIMTED,

                       Plaintiffs,                            CIVIL ACTION NO.:
                                                                1:16-cv-00257

      -against-

NEFF STREET PARTNER, LP, NEFF STREET RESIDENCES,
A CONDOMINIUM, INC.; GREGORY C. MOORE and HEATH
C. WILES, TRUSTEES OF THE HWGM FAMILY TRUST;
JOSHUA A. BECKER;  AMANDA K. GOODISH; GERARD J.
CIPRIANI; JUSTIN A. CIPRIANI; LOUISE M. CIPRIANI;  JAC
CS, LLC d/b/a CIPRIANI STUDIOS; RESIDENTIAL
DEVELOPMENT & CONSTRUCTION, INC.; PREMIER
ARCHITECTURE, INC.; JAMES A. MCMULLAN, GUTTER
BOY, INC.; DIAMOND DESIGN CONSTRUCTION, INC.;
COUNTRY VIEW WOODWORKIING; and ROBERT MILLER
d/b/a  COUNTRY VIEW WOODWORKING,

                       Defendants.

_____

**JOINT CONSENT TO JURISDICTION BY**
**UNITED STATES MAGISTRATE JUDGE**

       In accordance with the provisions of Section 636(c)(1) of Title 28, United States Code, we

voluntarily consent to have a United States Magistrate Judge conduct any and all further

proceedings in the case, including trial and entry of a final judgment, with direct review by the

United States Court of Appeals for the Third Circuit if an appeal is filed.


Date: 9/12/17              /s/ Michael J. Diamond
                            Michael J. Diamond, Esq.
                            PA ID No. 69420
                            mdiamond@chartwelllaw.com
                            Christopher J. Sulock, Esq.
                            PA ID No. 69420
                            csulock@chartwelllaw.com

                            Chartwell Law Offices, LLP
                            One Logan Square
                            130 N. 18th Street, 26th Floor
                            Philadelphia, PA 19103
                            (215) 972-7006
                            (215) 972-7008/Fax
                            _Attorney for Plaintiff, AmTrust_
                            _Corporate Member Limited_

Date: 9/12/17              /s/ Chad Michaelson      .
                          Chad Michaelson, Esq.
                          PA ID No. 88725
                          cim@muslaw.com
                          Brandon B. Rothey, Esq.
                          PA ID No. 307823
                          bbr@muslaw.com
                          Nicholas J. Bell, Esquire
                          PA ID No. 307782
                          njb@muslaw.com

                          Meyer, Unkovic & Scott, LLP
                          Henry W. Oliver Building
                          535 Smithfield Street, Ste. 1300
                          Pittsburgh, PA 15222
                          (412) 456-2800
                          (412) 456-2864/Fax
                          *Attorney for Defendants, Neff Street
                          Residences, A Condominium, Inc.,
                          Gregory C. Moore and Heath C. Wiles
                          c/o HWGM Family Trust, Joshua
                          Becker and Amanda K. Goodish*


Date: 9/12/17              /s/ Catherine S. Loeffler      .
                          Samuel H. Simon, Esq.
                          PA ID No. 85503
                          ssimon@hh-law.com
                          Catherine S. Loeffler, Esquire
                          PA ID No. 311667
                          loefflercs@hh-law.com

                          Houston Harbaugh, P.C.
                          Three Gateway Center
                          401 Liberty Avenue, 22nd Floor
                          Pittsburgh, PA 15222
                          (412) 218-5060
                          (412) 281-4499/Fax
                          *Attorney for Defendants, James A.
                          McMullan and Premier Architecture, Inc.*


Date:  9/12/17             /s/ Jamie L. Lenzi            .
                          Jamie L. Lenzi, Esq.
                          PA ID No. 51865
                          jlenzi@c-wlaw.com

Cipriani & Werner, P.C.
650 Washington Road, Ste. 700
Pittsburgh, PA 15228
(412) 563-2500
(412) 563-2080/Fax
*Attorney for Neff Street Partner, LP*


Date:  9/12/17                    /s/ Paul Walsh, III                    .
Paul Walsh, III, Esq.
PA ID No. 58843
pwalsh@walshlegal.net
Jeffrey A. Kubay, Esq.
PA ID No. 76378
Jkubay@walshlegal.net

Walsh, Barnes, Collis & Zumpella, P.C.
The Gulf Tower, Ste. 1400
707 Grant Street
Pittsburgh, PA 15219
(412) 258-2255
(412) 263-5632/Fax
*Attorneys for Defendants,*
*Gerard J. Cipriani, Justin Cipriani,*
*Louise M. Cipriani and JAC CS, LLC*
*d/b/a Cipriani Studios*


Date:  9/12/17                    /s/ Thomas J. Lowery                    .
Thomas J. Lowery, Esq.
PA ID No. 32204
tlowery@margolisedelstein.com

Margolis Edelstein
525 William Penn Place, Ste. 3300
Pittsburgh, PA 15219
(412) 355-4958
(412) 642-2380
*Attorney for Defendant, Gutter Boy, Inc.*